40 A.3d 1184

**COMMONWEALTH of Pennsylvania, Appellee**

**v.**

**Khalil SCOTT, Appellant.**

Supreme Court of Pennsylvania.

Argued March 6, 2012.

Decided March 19, 2012.

4

***ORDER***

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENT-LY GRANTED.**